Eleanor Collins, Plaintiff-Appellant, v. A. A. Topcik, Defendant-Appellee.

Gen. No. 10,741. (Abstract of Decision.)

Fred B. Meyer, and David L. Phillips, for appellant; Snyder, Clarke & Dalziel, for appellee; Daniel J. Dalziel, of counsel. Opinion by JUSTICE WOLFE. Not to be published in full. Opinion filed May 17, 1954; rehearing denied June 3, 1954; released for publication June 3, 1954.


Lugene Patterson, Plaintiff-Appellee, v. Zack Dempsey, Defendant-Appellant.

Gen. No. 10,743. (Abstract of Decision.)

John R. Snively, for appellant; Knight, Haye & Keegan, for appellee. Opinion by JUSTICE WOLFE. Not to be published in full. Opinion filed May 17, 1954; rehearing denied June 3, 1954; released for publication June 3, 1954.